UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE JAMES ROBINSON, | ) | 1:06-cv-00149-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| UNKNOWN, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |
| | | |
| | | **ORDER TERMINATING ACTION** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.[1]

On April 25, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED, and that the Clerk of Court be directed to enter judgment, thus terminating the action. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from

---

[1] On June 12, 2006, this action was reassigned to the undersigned for all further proceedings due to the senior status of Judge Robert E. Coyle. (Court Doc. 6.)

1

1  the date of service of that order.  To date, the parties have not
2  filed objections to the Findings and Recommendations.
3  //
4
5       In accordance with the provisions of 28 U.S.C. § 636
6  (b)(1)(C), this Court has conducted a *de novo* review of the case.
7  Having carefully reviewed the entire file, including Petitioner's
8  objections, the Court concludes that the Magistrate Judge's
9  Findings and Recommendations are supported by the record and proper
10 analysis.  Petitioner's objections present no grounds for
11 questioning the Magistrate Judge's analysis.
12      Accordingly, IT IS HEREBY ORDERED that:
13      1.   The Findings and Recommendations, filed April 25, 2006,
14 are ADOPTED IN FULL;
15      2.   The Petition for Writ of Habeas Corpus is DISMISSED; and,
16      3.   The Clerk of Court enter judgment, thus TERMINATING this
17 action.
18 IT IS SO ORDERED.
19 **Dated:   June 24, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                              UNITED STATES DISTRICT JUDGE

2